UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARKES A. ROBINSON,

          CASE NO.:

    Plaintiff,

v.

ANDERSON COLUMBIA, INC.,

    Defendant.
_____/

## DEFENDANT ANDERSON COLUMBIA CO., INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and N.D. Fla. Loc. R. 7.2, Defendant, Anderson Columbia Co., Inc. ("Anderson Columbia"), gives Notice to this Court and all parties of the removal of this action from the Circuit Court, Third Judicial Circuit, in and for Taylor County, Florida. As grounds, Anderson Columbia states:

1.    Plaintiff, Markes A. Robinson ("Robinson"), filed this civil action against Anderson Columbia on or about April 28, 2015 in the Circuit Court of the Third Judicial Circuit in and for Taylor County, Florida, styled *Markes A. Robinson v. Anderson Columbia Co., Inc.*, Case No. 2015-CA-000224.

2.    Pursuant to N.D. Loc. R. 72(A), true and accurate copies of documents constituting all the process, pleadings, motions, orders and other papers or exhibits of every kind on file in the State Circuit Court are attached hereto as Exhibit "1".

3.    This Notice of Removal is based upon 28 U.S.C. §§ 1331 and 1441, which provide that an action shall be removable if the Federal court has original jurisdiction

1

over the subject matter of the Complaint. 28 U.S.C. § 1441(a). Original jurisdiction arises under circumstances where the controversy in the civil action involves a "federal question." 28 U.S.C. § 1331.

4. This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 since Robinson pled violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2000e-17 ("Title VII"), 42 U.S.C. § 1981, and 42 U.S.C. § 1981. Thus, this Court has original jurisdiction over the allegations in Robinson's Complaint under 28 U.S.C. § 1331 and the action is removable pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

5. On this date, a copy of this Notice of Removal has been served upon Robinson's attorney, Marie A. Mattox, Esq. A copy of this Notice of Removal has been, or promptly will be, filed with the Clerk of the Third Judicial Circuit Court in and for Taylor County, Florida. A true and accurate copy of Anderson Columbia's Notice of Filing Notice of Removal of Civil Action is attached hereto as Exhibit "2."[1]

6. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal was filed within thirty (30) days of Anderson Columbia's receipt of Robinson's Complaint, and therefore has been timely filed.

WHEREFORE, Anderson Columbia respectfully causes this action to be removed to this Court.

---

[1] Exhibit "A" to Anderson Columbia's Notice of Filing Notice of Removal of Civil Action is not included since it is a copy of this document.

2

Dated this 3rd day of June, 2015.

                  By: *s/Eric J. Holshouser*
                       Eric J. Holshouser
                       Florida Bar No. 0307734
                       Email: eric.holshouser@bipc.com

                       Michael J. Lufkin
                       Florida Bar No. 0030492
                       Email: michael.lufkin@bipc.com

                       BUCHANAN INGERSOLL & ROONEY, PC
                       50 North Laura Street, Suite 2800
                       Jacksonville, FL  32202
                       (904) 598-3100 – Telephone
                       (904) 598-3131 – Facsimile

                       Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 3rd day of June 2015 by using CM/ECF systems, which will send notice of electronic filing of the foregoing document to the following:

                       Marie A. Mattox, Esq.
                       310 East Bradford Road
                       Tallahassee, FL 32303
                       (850) 383-4800 – Telephone
                       (850) 383-4801 – Facsimile
                       Email: marie@mattoxlaw.com
                                  michelle2@mattoxlaw.com
                                  joshua@mattoxlaw.com

                       Attorneys for Plaintiff

                       *s/Eric J. Holshouser*
                       Attorney