Filing # 26652796 E-Filed 04/28/2015 08:56:17 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

I.  **CASE STYLE**

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT,
IN AND FOR TAYLOR COUNTY, FLORIDA

Case No.: 15-224-CA
Judge: _____

Plaintiff
     vs.

Defendant

II. **TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**EXHIBIT 1**

COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☒ No ☐

III. **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☒ Non-monetary
- ☒ Non-monetary declaratory or injunctive relief;
- ☒ Punitive

IV. **NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

<u>1</u>

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Marie A Mattox</u>     FL Bar No.: <u>739685</u>
Attorney or party                                                                     (Bar number, if attorney)

<u>Marie A Mattox</u>     <u>04/28/2015</u>
(Type or print name)                                                                  Date

Filing # 26652796 E-Filed 04/28/2015 08:56:17 PM 

|  | IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT, IN AND FOR TAYLOR COUNTY, FLORIDA |
|---|---|
| MARKES A. ROBINSON, | CASE NO.: 15-CA- 224 CA |
| | FLA BAR NO.: 0739685 |
| Plaintiff, | |
| vs. | |
| ANDERSON COLUMBIA CO., INC., | |
| Defendant. | |
| _____/ | |

## COMPLAINT

Plaintiff, MARKES A. ROBINSON, hereby sues Defendant, ANDERSON COLUMBIA CO., INC., and alleges:

### NATURE OF THE ACTION

1. This is an action brought under Chapter 760, Florida Statutes, 42 U.S.C. §2000e et seq., 42 U.S.C. §1981 and 42 U.S.C. §1981a.

2. This is an action involving claims which are, individually, in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of costs and interest.

### THE PARTIES

3. At all times pertinent hereto, Plaintiff, MARKES A. ROBINSON, has been a resident of the State of Florida and was employed by Defendant. Plaintiff is a member of a protected class due to his race, black.

4. At all times pertinent hereto, Defendant, ANDERSON COLUMBIA CO., INC., has been organized and existing under the laws of the State of Florida. At all times pertinent to this action, Defendant has been an "employer" as that term is used under the applicable laws

identified above.

## CONDITIONS PRECEDENT

5. Plaintiff has satisfied all conditions precedent to bringing this action in that Plaintiff filed a charge of discrimination with the Florida Commission on Human Relations and the EEOC. This action is timely brought thereafter.

## STATEMENT OF THE ULTIMATE FACTS

6. Plaintiff, an African American male, began his employment with Defendant on September 28, 2013, and held the position as Haul Truck Driver at the time of his wrongful termination on April 25, 2014.

7. During Plaintiff's employment he was subjected to disparate treatment due to his race.

8. The mistreatment came at the hands of Manager James Owens, a white male.

9. Plaintiff was driving a Haul Truck of the Defendant's and he reported that the bed of the truck had problems and needed work. Defendant failed to correct the problem and while Plaintiff was unloading his truck, the bed detached causing damage.

10. Plaintiff was sent home from work and terminated on April 25, 2014.

11. Plaintiff had no previous write-ups or job performance warnings and had recently received a raise base on his good performance. Plaintiff was treated differently than white co-workers for similar incidents and was denied his request to be treated as they were concerning the damages.

12. During Plaintiff's employment with Defendant, upon information and belief, Defendant had employed only two African Americans, including himself, while he worked for

Defendant.

13. Plaintiff has retained the undersigned to represent his interests in this cause and is obligated to pay her a fee for her services. Defendant should be made to pay said fee under §760.11, Florida Statutes, 42 U.S.C. §1981 and 42 U.S.C. §2000e et seq..

## COUNT I
## RACE DISCRIMINATION

14. Paragraphs 1-13 are re-alleged and incorporated herein by reference.

15. This is an action against Defendant for discrimination based upon race.

16. Plaintiff has been the victim of discrimination on the basis of his race in that he was treated differently than similarly situated white employees of Defendant and has been subject to hostility and poor treatment on the basis, at least in part, of his race.

17. Defendant is liable for the differential treatment and hostility towards Plaintiff because it controlled the actions and inactions of the persons making decisions affecting Plaintiff or it knew or should have known of these actions and inactions and failed to take prompt and adequate remedial action or took no action at all to prevent the abuses to Plaintiff.

18. Furthermore, Defendant knowingly condoned and ratified the differential treatment of Plaintiff as more fully set forth above because it allowed the differential treatment and participated in same.

19. Defendant's known allowance and ratification of these actions and inactions created, perpetuated and facilitated an abusive and offensive work environment within the meaning of the statutes referenced above.

20. In essence, the actions of agents of Defendant, which were each condoned and ratified by Defendant, were of a race based nature and in violation of the laws set forth herein.

21. The discrimination complained of herein affected a term, condition, or privilege of Plaintiff's continued employment with Defendant. The events set forth herein led, at least in part, to Plaintiff's termination.

22. Defendant's conduct and omissions constitutes intentional discrimination and unlawful employment practices based upon race in violation of Chapter 760, Florida Statutes, 42 U.S.C. §1981 and 42 U.S.C. §2000e et seq..

23. As a direct and proximate result of Defendant's conduct described above, Plaintiff has suffered emotional distress, mental pain and suffering, past and future pecuniary losses, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary losses, along with lost back and front pay, interest on pay, bonuses, and other benefits. These damages have occurred in the past, are permanent and continuing. Plaintiff is entitled to punitive damages and injunctive/equitable relief.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for the following relief:

(a) that process issue and this Court take jurisdiction over this case;

(b) that this Court grant equitable relief against Defendant under the applicable counts set forth above, mandating Defendant's obedience to the laws enumerated herein and providing other equitable relief to Plaintiff;

(c) enter judgment against Defendant and for Plaintiff awarding damages to Plaintiff from Defendant for Defendant's violations of law enumerated herein;

(d) enter judgment against Defendant and for Plaintiff permanently enjoining Defendant from future violations of law enumerated herein;

(e)  enter judgment against Defendant and for Plaintiff awarding Plaintiff attorney's fees and costs; and

(f)  grant such other further relief as being just and proper under the circumstances.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues set forth herein which are so triable.

DATED this 28th day of April 2015.

Respectfully submitted,

/s/ Marie A. Mattox
Marie A. Mattox
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, FL 32303
(850) 383-4800 (telephone)
(850) 383-4801 (facsimile)
Marie@mattoxlaw.com
Michelle2@mattoxlaw.com
joshua@mattoxlaw.com

ATTORNEYS FOR PLAINTIFF

IN THE CIRCUIT COURT OF THE
THIRD JUDICIAL CIRCUIT, IN AND
FOR TAYLOR COUNTY, FLORIDA

MARKES A. ROBINSON,

CASE NO. 15-CA-224

    Plaintiff,

vs.

ANDERSON COLUMBIA CO., INC.,

**Summons**

    Defendant.

_____/

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

**ANDERSON COLUMBIA CO., INC.**
**c/o Brian P. Schreiber, Registered Agent**
**871 NW Guerdon Street**
**Lake City, FL 32055**

    Each defendant is required to serve written defenses to the complaint or petition on **Marie A. Mattox, P. A.**, Plaintiff's attorney, whose address is **310 East Bradford Road, Tallahassee, FL 32303**, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court, either before serve on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    DATED on May 5, 2015.

CLERK OF THE CIRCUIT COURT

By: _____
Deputy Clerk

(Pl Atty)

[Filed in Office: 2015 MAY 5 PM 4 04, Annie Mae Murphy, Clerk of Court]